No. 71–233.  GENERAL DRIVERS & DAIRY EMPLOYEES, LOCAL UNION NO. 563, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 7th Cir.  Certiorari denied.

No. 71–253.  BONISTALL *v.* BRADEN ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 71–255.  SANTA FE PACIFIC RAILROAD CO. *v.* CORD ET AL.  Ct. App. Ariz.  Certiorari denied.

No. 71–260.  MCGREGOR, DBA MCGREGOR WORLD TRAVEL SERVICE *v.* AIR TRANSPORT ASSOCIATION OF AMERICA ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 71–261.  AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, AFL–CIO, ET AL. *v.* HARRAH'S CLUB, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 71–268.  ECKERT *v.* UNITED STATES; and
No. 71–5315.  ZAMORA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 445 F. 2d 974.

No. 71–267.  GARGALLO *v.* GARGALLO.  Sup. Ct. Ohio.  Certiorari denied.

No. 71–270.  KEN AKER, INC. *v.* GIRARD TRUST BANK.  Cir. Ct. W. Va., Kanawha County.  Certiorari denied.

No. 71–274.  WINSTON-SALEM/FORSYTH COUNTY BOARD OF EDUCATION *v.* SCOTT ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 71–275.  ANTONELLO ET AL. *v.* CITY OF SAN DIEGO.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 71–277.  PRICE *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.